UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE CYRUS GHAFFARI, BI8593, <br> Plaintiff, <br> v. <br> SANTA CRUZ COUNTY SUPERIOR COURT, et al., <br> Defendant(s). | Case No. 19-cv-02228-CRB (PR) <br><br> **ORDER OF DISMISSAL** <br><br> (ECF No. 2) |

On May 17, 2019, the post office returned the court's mail to plaintiff as undeliverable. ECF No. 5. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions (see ECF No. 2) as moot.

**IT IS SO ORDERED**.

Dated: July 17, 2019

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE CYRUS GHAFFARI,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CRUZ COUNTY SUPERIOR COURT, et al.,<br><br>    Defendants. | Case No. 3:19-cv-02228-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gene Cyrus Ghaffari ID: BI 8593
701 Ocean Street
Santa Cruz, CA 95060


Dated: July 17, 2019

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable CHARLES R. BREYER